IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 AUG 17 P 12: 17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| GARY P. NICHOLS AND PAMELIA NICHOLS, ) | |
| PLAINTIFFS, ) | |
| VS. ) | CASE NO. 2:07-CV-736-MHT |
| ARTHUR ZUELZKE AND ZUELZKE ) | |
| CONTRACTING, INC., a corporation, ) | |
| DEFENDANTS. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Gary P. Nichols and Pamelia Nichols, plaintiffs in the above captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, affiliates, partners, limited liability entity members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual

☒ There are no entities to be reported.

8/16/07
Date

_[signature]_
Counsel
Counsel for Plaintiffs
P.O. Box 388
Gadsden, AL 35902
(256) 546-5432