# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__
__NORTHERN__ DIVISION

GARY P. NICHOLS and PAMELIA NICHOLS,

**SUMMONS IN A CIVIL ACTION**

Plaintiffs,

V.

ARTHUR ZUELZKE and ZUELZKE CONTRACTING, INC., a corporation,

CASE NUMBER: 2:07cv736-MHT

Defendants.

TO: ARTHUR ZUELZKE, 478 COUNTY ROAD 539, VERBENA, ALABAMA 36091

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY
GEORGE P. FORD, FORD, HOWARD & CORNETT, P.C.
P.O. BOX 388
GADSDEN, AL 35902
(256) 546-5432

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

[signature]
BY DEPUTY CLERK

DATE 8/20/07

## RETURN OF SERVICE

| Service of Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                    Signature of Server

                                    _____
                                    Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____
_____NORTHERN_____ DIVISION

GARY P. NICHOLS and PAMELIA NICHOLS,

      Plaintiffs,

      V.

ARTHUR ZUELZKE and ZUELZKE
CONTRACTING, INC., a corporation,

      Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv736-MHT

TO: ZUELZKE CONTRACTING, INC., 478 COUNTY ROAD 539, VERBENA, ALABAMA 36091

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY
GEORGE P. FORD, FORD, HOWARD & CORNETT, P.C.
P.O. BOX 388
GADSDEN, AL 35902
(256) 546-5432

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

_[signature]_
BY DEPUTY CLERK

DATE 8/20/07

## RETURN OF SERVICE

| Service of Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____

☐ Other (specify): _____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
Date                Signature of Server

_____
Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure