**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Arthur Zuelzke
478 County Rd. 539
Verbena, AL 36091

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X A. C. Zuelzke
☐ Agent
☒ Addressee

B. Received by (Printed Name): A. C. Zuelzke
C. Date of Delivery: 8-22-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

07CV736

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7000 0520 0014 0558 8641

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Zuelzke Contracting, Inc.
478 County Rd. 539
Verbena, AL 36091

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X A. C. Zuelzke
☐ Agent
☒ Addressee

B. Received by (Printed Name): A. C. Zuelzke
C. Date of Delivery: 8-22-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07CV736

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7000 0520 0014 0558 8597

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154