IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GARY P. NICHOLS and<br>PAMELIA NICHOLS, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| vs. | ) <br> ) | |
| ARTHUR ZUELZKE and<br>ZUELZKE CONTRACTING, INC., | ) <br> ) <br> ) | |
| Defendants. | ) <br> ) <br> ) <br> ) | CASE NO. 2:07CV736-MHT |
| ZUELZKE CONTRACTING, INC., | ) <br> ) | |
| Counterclaim Plaintiff, | ) <br> ) | |
| vs. | ) <br> ) <br> ) | |
| GARY P. NICHOLS and<br>PAMELIA NICHOLS, | ) <br> ) <br> ) | |
| Counterclaim Defendants. | ) | |

## CONFLICT DISCLOSURE STATEMENT

COME NOW Arthur Zuelzke and Zuelzke Contracting, Inc., Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Defendant Arthur Zuelzke is an individual.

Defendant Zuelzke Contracting, Inc. is an Alabama corporation with the following reportable entity:

| Reportable Entity | Relationship to Party |
|---|---|
| Arthur Zuelzke | President, Owner of Voting Stock |

September 11, 2007

/s/ WILLIAM R. CHANDLER [CHA038]
/s/ JASON D. DARNEILLE [DAR011]

ATTORNEYS FOR DEFENDANTS
ARTHUR ZUELZKE and
ZUELZKE CONTRACTING, INC.

OF COUNSEL:

2000 Interstate Park Drive
Suite 308
Montgomery, Alabama 36109
(334) 215-9500
(334) 215-9200 – Facsimile
wrc@wrchandler.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2007, I electronically filed the foregoing Conflict Disclosure Statement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

George P. Ford, Esq.
Ford, Howard & Cornett, P.C.
P.O. Box 388
Gadsden, Alabama 35902

/s/ WILLIAM R. CHANDLER [CHA038]
OF COUNSEL