IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY P. NICHOLS AND PAMELIA NICHOLS, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| VS. ) | CASE NO. 2:07CV736-MHT |
| ) | |
| ARTHUR ZUELZKE AND ZUELZKE ) | |
| CONTRACTING, INC., a corporation, ) | |
| ) | |
| DEFENDANTS. ) | |

## STIPULATION FOR DISMISSAL

Come now the parties to the above entitled action, by and through their respective attorneys of record, and do hereby stipulate and agree that said action may be dismissed with prejudice, with costs taxed as paid.

This the 5th day of November, 2007.

George P. Ford, Attorney for Plaintiffs
Ford, Howard & Cornett, P.C.
P.O. Box 388
Gadsden, AL 35902
Phone: (256) 546-5432
Fax: (256) 546-5435
ASB#4179-066g

_____
William R. Chandler,
 Attorney for Defendants
2000 Interstate Park Drive, Suite 308
Montgomery, AL 36109
Phone: (334) 215-9500
Fax: (334) 215-9200
ASB #0156-H39W