IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GARY P. NICHOLS and ) | |
| PAMELIA NICHOLS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv736-MHT |
| ) | (WO) |
| ARTHUR ZUELZKE and ) | |
| ZUELZKE CONTRACTING, INC., ) | |
| a corporation, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the stipulation for dismissal (Doc. No. 11), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of November, 2007.

                              /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GARY P. NICHOLS and<br>PAMELIA NICHOLS,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>ARTHUR ZUELZKE and<br>ZUELZKE CONTRACTING, INC.,<br>a corporation,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>2:07cv736-MHT<br>(WO) |

### JUDGMENT

In accordance with the stipulation for dismissal (Doc. No. 11), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of November, 2007.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE